# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE:  BARBARA CHABERA | ) | Case No. 22 B 12484 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: JACQUELINE P COX |

## TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**COMES NOW** Thomas H. Hooper, Chapter 13 Trustee duly appointed to administer the instant case ("Trustee"), and hereby OBJECTS to confirmation of the Chapter 13 plan filed by Debtor(s), in advance of the confirmation hearing set for January 09, 2023 10:30 am, for the following:

Debtor has failed to properly fill out the following schedules in accordance with 11 U.S.C. §§ 521(a)(1)(B)(i):
Schedule I to remove the contribution income
Schedule J to add any expenses debtor has for the property at 7503 Grant Circle, Hanover Park, IL

Debtor has failed to provide copies to the Trustee of the most recently filed tax returns in accordance with 11 U.S.C. §§ 521(e)(2)(A)(i), and 1325(a)(1). Debtor to provide the Trustee with copies of their 2021 income tax returns.

The Trustee requests a comparative market analysis for debtor's property located at 7503 Grant Circle, Hanover Park, IL . The liquidation analysis of 11 USC 1325 (a)(4) cannot be completed until this is resolved.

**WHEREFORE**, the Trustee prays the Court to enter an Order denying confirmation of the proposed Chapter 13 plan, and for such other and further relief as the Court may deem just and proper. In the alternative, the Trustee requests a hearing on the matter.

Dated: December 01, 2022                                              /s/ Thomas H. Hooper

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE:   BARBARA CHABERA | ) | Case No. 22 B 12484 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: JACQUELINE P COX |

## CERTIFICATE OF SERVICE

I, Chris Domann, do hereby certify that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on the date indicated herein below, I served copies of the foregoing TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN by depositing a copy of the same in a postage-paid envelope with the United States Postal Service or by electronic means, as indicated.

DAVID FREYDIN                                                                                   (via CM/ECF)
*Attorney for Debtor*

Patrick Layng                                                                                         (via CM/ECF)
United States Trustee

BARBARA CHABERA                                                                          (via U.S. Postal Service)
4023 S HARLEM #1
BERWYN, IL 60402
*Debtor*

Dated: December 01, 2022                                                                /s/ Chris Domann
                                                                                                        _____

Chris Domann
Office of the Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900